# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00592-CV

**Texas Open Beach Advocates, Tim Lopas, Manuel B. Rodriguez, and
Janet I. Guidry, Appellants**

**v.**

**Commissioner Jerry Patterson of the Texas General Land Office; Galveston County,
Texas; and the City of Galveston, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. GN4-01033, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' unopposed motion to dismiss is granted. *See* Tex. R. App. P. 42.1(a)(1).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellants' Motion

Filed:   October 28, 2004